UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

ROBERT E. JACK,

           Plaintiff,

vs.

           Case No.: 22-cv-00412-CVE-CDL

AXIOM STRATEGIES, LLC,

           Defendant.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:

    A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

AXIOM STRATEGIES, LLC,

who is a (check one)   ☐ PLAINTIFF   ☒ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☒ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   ☐ YES   ☒ NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  23rd  day of  September  , 20 22 .

|  |  |  |
|---|---|---|
| Signature: | s/ Todd A. Nelson | |
| Printed Name: | Todd A. Nelson | |
| Bar Number: | 15317 | |
| Firm Name: | GableGotwals | |
| Address: | 110 North Elgin Avenue | |
| City, State, Zip Code: | Tulsa, OK 74120-1495 | |
| Phone/Fax: | 918-595-4800 (Phone) | 918-595-4990 (Fax) |
| Email Address: | tnelson@gablelaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2022 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Taylor A. Burke
Barber & Bartz
525 S. Main St., Suite 800
Tulsa, Oklahoma 74103

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service    ☐ In Person Delivery

☐ Courier Service    ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

s/ Todd A. Nelson
Signature
