IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ROBERT E. JACK,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 22-cv-00412-CVE-SH |
| | ) |
| **AXIOM STRATEGIES, LLC,** | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION

The Parties, Robert E. Jack ("Jack") and Axiom Strategies, LLC ("Axiom"), jointly stipulate and agree under Fed. R. Civ. P. 29 to a seven-day (7) extension to exchange initial disclosures under Fed. R. Civ. P. 26.

Initial disclosures shall now be due, for each Party, August 16, 2023.

Read and approved by:

/s/ Taylor A. Burke
Taylor A. Burke, OBA #21121
Austin W. Canfield, OBA #35077
BARBER & BARTZ
525 S. Main St., Suite 800
Tulsa, Oklahoma 74119
Telephone: (918) 599-7755
Facsimile: (918) 599-7756
Email: tburke@barberbartz.com
acanfield@barberbartz.com
*Attorneys for Plaintiff*

/s/ Todd A. Nelson
Todd A. Nelson, OBA #15317
GABLEGOTWALS
110 N. Elgin Ave., Suite 200
Tulsa, OK 74120
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
Email: tnelson@gablelaw.com

    James M. Humphrey IV (pro hac vice)
    George Revis Lewis (pro hac vice)
    Graves Garrett LLC
    1100 Main Street, Suite 2700
    Kansas City, MO 64105
    Telephone: (816) 256-3181
    Facsimile: (816) 256-5958

{2747516;2}

jhumphrey@gravesgarrett.com
glewis@gravesgarrett.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2023, the above and foregoing was filed via the Court's electronic (ECF) filing/notification system, and a copy of the same was served electronically to:

Taylor A. Burke
Barber & Bartz
525 S. Main St., Suite 800
Tulsa, Oklahoma 74103

*s/ Todd A. Nelson*
Attorney for Defendant

{2747516;2}