UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Robert E. Jack,<br><br>        Plaintiff(s),<br><br>vs.<br><br>Axiom Strategies, LLC,<br><br>        Defendant(s). | Case No.:4:22-cv-412-CVE-SH<br><br>**SETTLEMENT CONFERENCE REPORT** |

On September 28, 2023, a Settlement Conference was held in the captioned matter.

☒  The litigation was settled; within __21__ days of the date hereof, the Plaintiff and Defendant shall file:

   ✓  a Stipulation of Dismissal
         OR
   --  Agreed Judgment and
       Motion to Enter Agreed Judgment

☐  The litigation was not settled.

☐  Settlement negotiations are pending. The parties are to phone the undersigned by      on      .

DATED: 9/28/2023

_____
R. Scott Savage, Adjunct Judge

Settlement Conference Report SC-03 (5/2021)