**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ROBERT E. JACK,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 22-cv-00412-CVE-SH |
| | ) |
| **AXIOM STRATEGIES, LLC,** | ) |
| | ) |
|     **Defendant.** | ) |

**JOINT STIPULATION AND MOTION FOR EXTENSION OF TIME**

The Parties, Robert E. Jack ("Jack") and Axiom Strategies, LLC ("Axiom"), jointly stipulate, agree, and respectfully request that the Court allow the parties up to and including October 30, 2023 to submit their fully-executed joint stipulation of dismissal. In support of this Joint Stipulation and Motion for Extension of Time, the parties state as follows:

1. On September 28, 2023, the Court entered an Administrative Closing Order (Dkt. # 27), directing the parties to submit a joint stipulation of dismissal by October 19, 2023.

2. The parties are working diligently on finalizing the settlement of this matter, including agreed terms and payment.

3. This is the first request for an extension of time of the October 19, 2023 deadline.

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court extend the current October 19, 2023 deadline to October 30, 2023. A proposed Order is submitted herewith.

Read and approved by:

/s/ Taylor A. Burke
Taylor A. Burke, OBA #21121
Austin W. Canfield, OBA #35077
BARBER & BARTZ
525 S. Main St., Suite 800
Tulsa, Oklahoma 74119
Telephone: (918) 599-7755
Facsimile: (918) 599-7756
Email: tburke@barberbartz.com
acanfield@barberbartz.com

*Attorneys for Plaintiff*

/s/ Todd A. Nelson
Todd A. Nelson, OBA #15317
GABLEBOTWALS
110 N. Elgin Ave., Suite 200
Tulsa, OK 74120
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
Email: tnelson@gablelaw.com

 /s/ George R. Lewis
James M. Humphrey IV (pro hac vice)
George Revis Lewis (pro hac vice)
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile: (816) 256-5958
jhumphrey@gravesgarrett.com
glewis@gravesgarrett.com

*Attorneys for Defendant*