**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ROBERT E. JACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Case No. 22-cv-00412-CVE-SH** |
| v. | ) | |
| | ) | |
| AXIOM STRATEGIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Robert E. Jack and Defendant Axiom Strategies, LLC, pursuant to Fed. R. Civ. P. 41(a)(2), respectfully request that the Court dismiss with prejudice this lawsuit and all claims pleaded against Defendant in Plaintiff's Complaint.

Dated: October 30, 2023

Respectfully submitted,

/s/ Taylor A. Burke
Taylor A. Burke, OBA #21121
BAUM GLASS JAYNE
CARWILE & PETERS PLLC
401 S. Boston Ave., Suite 2000
Tulsa, Oklahoma 74103
Telephone: (918) 938-7944
Facsimile: (918) 938-7966
tburke@bgjclaw.com

*Attorneys for Plaintiff*

/s/ Todd A. Nelson
Todd A. Nelson, OBA #15317
GABLEGOTWALS
110 N. Elgin Ave., Suite 200
Tulsa, Oklahoma 74120
Telephone: (918) 595-4800
Facsimile: (918) 595-4990
tnelson@gablegotwals.com

James M. Humphrey IV (pro hac vice)
George Revis Lewis (pro hac vice)
Graves Garrett LLC
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Facsimile: (816) 256-5958
jhumphrey@gravesgarrett.com
glewis@gravesgarrett.com

*Attorneys for Defendant*